IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEROME WANT,

   Plaintiff,

v.                                           Civil Action No.: GLR-19-2392

VERIZON COMMUNICATIONS &
VERIZON OF MARYLAND, et al.,

   Defendants.

**ORDER**

On October 31, 2019, this Court issued an Order requiring Plaintiff Jerome Want to file an Amended Complaint. (ECF No. 3). Want was provided 28 days in which to file the supplemental information and was forewarned that failure to supplement would result in dismissal of the Complaint. (Order at 5–6). His Amended Complaint should have been filed on or before November 28, 2019. As of the date of this Order, Want has failed to file the Amended Complaint.

Accordingly, it is this 10th day of December, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk IS DIRECTED to MAIL a copy of this Order to Want; and
3. The Clerk IS FURTHER DIRECTED to CLOSE this case.

                                                          _____/s/_____
                                                          George L. Russell, III
                                                          United States District Judge